# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-443-MOC-DCK

| | |
|---|---|
| CENTRAL TELEPHONE COMPANY, d/b/a CENTURYLINK, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ORDER |
| BRASFIELD & GORRIE, L.L.C., | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 10) filed by Michael J. Byrne, concerning James J. Proszek on October 23, 2018. Mr. James J. Proszek seeks to appear as counsel *pro hac vice* for Plaintiff, Central Telephone Company d/b/a CenturyLink. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 10) is **GRANTED.** Mr. James J. Proszek is hereby admitted *pro hac vice* to represent Plaintiff, Central Telephone Company d/b/a CenturyLink.

**SO ORDERED**.

Signed: October 23, 2018

David C. Keesler
United States Magistrate Judge